

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-24-00562-CV

Brett **WALLS** and DaNesha McCray,
Appellants

v.

**HARDY OAK APARTMENTS, LLC**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2024CV05387
Honorable Cesar Garcia, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE VALENZUELA, AND JUSTICE BRISSETTE

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of appeal are not assessed against appellants because they qualify as indigent.

SIGNED January 22, 2025.

_____
Irene Rios, Justice